IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**BRENT T. MARTIN, SR.**                                             **PLAINTIFF**
**ADC #135068**

v.                      **CASE NO. 2:21-CV-00115 BSM**

**PHILLIP ALLEN**                                                  **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

DATED this 3rd day of September, 2021.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE